

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Norman Ben Acosta,

\* From the 90th District Court
of Stephens County,
Trial Court No. F37046.

Vs. No. 11-24-00198-CR

\* January 8, 2026

The State of Texas,

\* Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.